United States District Court
Southern District of Texas

**ENTERED**

March 27, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS LONGORIA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-198 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Plaintiff Luis Longoria filed a Motion under 28 U.S.C. § 2255, challenging the application of a two-point enhancement that the Court applied at sentencing. (Mot., Doc. 1, 12)

A United States Magistrate Judge recommends that based on three separate grounds, the Court deny Longoria's Motion. The grounds include: (1) Longoria failed to file the Motion within the applicable time period under 28 U.S.C. § 2255(f)(1); (2) Longoria cannot rely on 28 U.S.C. § 2255, as he does not request that his sentence be vacated, set aside, or corrected; and (3) Longoria's claim fails on the merits. (R&R, Doc. 6, 5–8) The Magistrate Judge also recommends that the Court deny a certificate of appealability because Longoria "fails to make a substantial showing of the denial of a constitutional right." (R&R, Doc. 6, 9 (citing 28 U.S.C. § 2253(c)(2))

No party objected to the Report and Recommendation.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983). The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 6). It is:

1 / 2

**ORDERED** that Petitioner Luis Longoria's Motion Under 28 U.S.C. § 2255 to Vacate Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 1) is **DENIED**.

In addition, for the reasons indicated in the Report and Recommendation, the Court denies a Certificate of Appealability.

Each party shall bear its own fees and costs.

The Clerk of Court is directed to close this case.

Signed on March 27, 2026.

Fernando Rodriguez, Jr.
United States District Judge